**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

DZIVE F.,

Petitioner,

v.

PAMELA BONDI, in their official capacity as Attorney General of the United States; KRISTI NOEM, in her capacity as Secretary of the United States Department of Homeland Security; TODD M. LYONS, in his official capacity as Acting Director of the United States Immigration and Customs Enforcement; and DAVID EASTERWOOD, in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs,

Respondents.

Case No. 26-CV-303 (NEB/DTS)

**ORDER**

---

IT IS HEREBY ORDERED THAT:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Dzive F. by no later than January 19, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

b. A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims; and

c. Respondents' recommendation on whether an evidentiary hearing should be conducted.

3. Respondents are TEMPORARILY RESTRAINED and ENJOINED from moving the Petitioner out of the District of Minnesota or deporting Petitioner until the Court has the opportunity to rule on the pending Petition. To the extent Respondents object to this requirement, they may file a motion and a written memorandum of law at any time, but they may not move the Petitioner out of the District or deport Petitioner while that motion is pending.

4. If Petitioner intends to file a reply to respondents' answer, they must do so by no later than January 21, 2026. Thereafter, no further submissions from

either party will be permitted, except as authorized by Court order.

Dated: January 15, 2026

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge